1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN SORIA,

Plaintiff,

v.

RAFEL ZUNGIA, et al.,

Defendants.

CASE NO. 1:18-cv-0635-LJO-JLT (PC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO PROCEED ONLY ON COGNIZABLE CLAIMS AND TO DISMISS WITH PREJUDICE ALL OTHER CLAIMS AND DEFENDANTS**

(Doc. 10)

Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking

relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2019, the magistrate judge filed findings and recommendations herein

which were served on plaintiff and which contained notice to plaintiff that any objections to the

findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

ORDERED that:

1    1.  The findings and recommendations filed October 1, 2019, are adopted in full;

2    2.  Plaintiff's first amended complaint states a cognizable Eighth Amendment medical

3    indifference claim against defendants Lt. Herron, Camp Administrator Allison, Dr. Morales, and

4    Case Manager Coordinator R. Gonzales. All other claims and defendants are hereby dismissed

5    with prejudice; and

6    3.  This matter is referred back to the magistrate judge for further proceedings consistent

7    with this order.

8

9    IT IS SO ORDERED.

10    Dated:    **December 18, 2019**            **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28