UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SORIA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAFEL ZUNGIA, et al.,<br><br>   Defendants. | No. 1:18-cv-0635-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. Nos. 22, 26) |

Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before the court is a motion for judgment on the pleadings filed by defendants Allison, Gonzalez, and Herron on the ground that plaintiff is attempting to extend *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), to a new context. (Doc. No. 22.) On December 2, 2020, the assigned magistrate judge filed findings and recommendations recommending that defendants' motion be denied, reasoning that the claim does not present a new context relative to the type of claim allowed under the decision in *Carlson v. Green*, 446 U.S. 14 (1980) (recognizing a damages remedy against federal prison officials for failure to provide adequate

medical treatment under the Eighth Amendment's Cruel and Unusual Punishment Clause).  (Doc. No. 26.)  The findings and recommendations were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly:

1. The findings and recommendations filed December 2, 2020 (Doc. No. 26), are adopted in full;
2. Defendants' May 28, 2020, motion for judgment on the pleadings (Doc. No. 22) is denied; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **February 9, 2021**          _Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE