UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SORIA,<br><br>           Plaintiff,<br><br>      v.<br><br>RAFEL ZUNGIA, et al.,<br><br>           Defendants. | CASE NO. 1:18-cv-0635-NONE-JLT (PC)<br><br>**ORDER FOR CLARIFICATION**<br>**(Doc. 30)**<br><br>**FOURTEEN-DAY DEADLINE** |

On March 3, 2021, this case was referred to the Post-Screening Alternative Dispute Resolution Project, and the parties were directed to submit a notice indicating whether they wished to participate in the project. The Court is in receipt of Plaintiff's notice, which reflects conflicting intentions. On one hand, he indicates that he does not wish to participate in a settlement conference. On the other, he indicates that he would like to participate via video conference. In light of this ambiguity, the Court **ORDERS** Plaintiff to clarify his response within fourteen days from the date of this order.

IT IS SO ORDERED.

Dated:   **March 17, 2021**                         **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE