# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SORIA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAFEL ZUNGIA, et al.,<br><br>           Defendants. | Case No. 1:18-cv-00635-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' OBJECTIONS AND WITHDRAWING *RAND* WARNING AND ORDER EXTENDING RESPONSE DEADLINE** (Docs. 39, 40)<br><br>**ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br>14-DAY DEADLINE |

After Plaintiff failed to file a timely response to Defendants' motion for summary judgment, the Court entered a *Rand* warning and extended the deadline for filing a response. (Doc. 39.) Defendants objected to the order because Plaintiff is no longer incarcerated. (*See* Doc. 40.) Defendants' objection is **GRANTED**, and the order (Doc. 39) is **WITHDRAWN**[1].

Consequently, Plaintiff **SHALL** file an opposition to the motion for summary judgment or a notice of non-opposition **within 14 days** from the date of service of this order.

**<u>Failure to comply with this order will result in the Court determining the motion without further notice.</u>**

IT IS SO ORDERED.

    Dated:   **July 1, 2021**                     **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Nevertheless, the hearing on the motion remains vacated. The Court will set a hearing only if needed.